UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>MAY SALEHI AND CLOTHING, PERSONAL BELONGINGS, BACKPACKS, BRIEFCASES, PURSES, BAGS, AND ELECTRONIC DEVICES WITHIN SALEHI'S IMMEDIATE CONTROL THEREIN<br><br>UNDER RULE 41 | SW No. **21-sw-144** |

ORDER

This matter having come before the Court pursuant to the application of the United States to seal the above-captioned warrant and related documents, including the application and affidavit in support thereof and all attachments thereto and other related materials (collectively the "Warrant"), the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the warrant, the application and affidavit in support thereof, all attachments thereto and other related materials, the instant application to seal, and this Order are sealed until otherwise ordered by the Court.

2. IT IS FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket of the Warrant until further order of the Court.

1

Date: _____    _____
                                ROBIN M. MERIWEATHER
                                UNITED STATES MAGISTRATE JUDGE

cc:   JOHN W. BORCHERT
      Assistant United States Attorney
      United States Attorney's Office
      555 Fourth Street, N.W.
      Washington, D.C. 20530

2